# S. J. Beaulieu, Jr.

433 Metairie Road, Suite 307
Metairie, Louisiana 70005

**CHAPTER 13 TRUSTEE**

(504) 831-1313

October 28, 2024

LAW OFFICES OF PIUS A OBIOHA & ASSOC
PIUS OBIOHA
1550 N BROAD STREET
NEW ORLEANS LA 70119

Re: KATIE WILSON and RONALD E WILSON
    Bankruptcy Case #23-11908
    PERSONAL INJURY - FELIPES

Dear Counsel:

As the trustee in the Chapter 13 bankruptcy case referenced above, I have authority over the assets of the estate subject to the bankruptcy court's confirmation order. Your executory contract with the debtor regarding the lawsuit in which the debtor is a plaintiff will be approved by the bankruptcy court when the case is confirmed or upon the court's entry of an appropriate order. You must adhere to the following:

1. Provide the trustee with a report on the status of the lawsuit every six months.
2. Local Rule 2014-1: Admission to Practice; Application for Employment. Follow Local Rule 2014-1B (1), (2), (3), (4).
3. Submit the debtor's proceeds to the trustee.

Failure to comply with these requirements will result in your representation being replaced by an attorney appointed by the court.

Please call us at 504-831-1313 if you have any questions.

Very truly yours,

S.J. BEAULIEU, JR.

by: /s/ Karye Kelly

cc: KATIE WILSON and RONALD E WILSON
    3956 SOUTH INWOOD AVENUE
    NEW ORLEANS LA 70131

    SEAN REICHERT
    sean@lawyersean.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:**                                                            **Case No.**

                                                                                      **Section**
                                                                                      **Chapter 13**

## MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

      **NOW** into court, through undersigned counsel, comes, _____, individually and as the est representative of _____, who respectfully represents:

1.

      _____, had a personal injury claim against _____ in connection with incident that occurred on _____.

2.

      _____ employed the services of _____, with the law firm of _____, as special counsel to represent _____ in making the claim in this matter. Debtor request that this emplo be approved.

3.

      Debtor selected _____ with the law firm of _____, for the reason that the firm has considerable experience in the matters of this character and believed that _____ was well qu to represent him in this matter.

4.

      _____ provided professional services as set forth in the retainer contract attached hereto, debtor desires he/she and his/her law firm continue as counsel. (See Exhibit A-contract).

5.

It is necessary for debtor to employ an attorney for such professional services and desires the service of _____ and _____.

6.

To the best of debtor's knowledge, _____ has no connection with the creditors, or any ot[her] party in interest, or their respective attorneys in connection with this matter, and the firm's emplo[yment] as special counsel is proper and in accordance with Section 327 (c). (See affidavit of Disinterestedness).

7.

Because of the extensive legal services required, debtor has employed _____ pursuant to [a] contingency fee contract in which he/she is entitled to be paid a legal fee in the amount of _____ of the gross amount recovered on the debtor's claim plus costs, and _____ agrees not to char[ge a] legal fee in excess of _____% of the gross amount recovered plus costs. (Note: The normal f[ee] allowed is 33 1/3%, but if case is complex a higher amount may be requested).

8.

The debtor and debtor's special counsel understand that the sum recovered under this claim is [the] property of the above captioned and titled bankruptcy estate, and that the debtor must obtain appr[oval] from the Bankruptcy Court before any disbursement of funds can be made.

**WHEREFORE**, your debtor prays that this court approve the employment of _____, un[der] a contingency fee agreement to represent debtor in the above-mentioned claim, and for all such ot[her] relief as is just and equitable.

Respectfully Submitted:

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                        Case No.

                                                                                      Section
                                                                                      Chapter 13

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing **MOTION TO APPROVE EMPLOYMENT O**

**SPECIAL COUNSEL** and Notice of Hearing were served on the _____ day of _____, 20__

by ELECTRONIC FILING through the court's electronic filing system upon:


**Chapter 13 Trustee, S.J. Beaulieu**                           ecf@ch13no.com

**United State Trustee**                                             USTPRegion05.NR.ECF@usdoj.gov

**And by First Class Mail, Postage Prepaid upon the attached list of creditors:**

                                                             _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                             Case No.

                                                                          Section
                                                                          **Chapter 13**

## VERIFICATION

I, _____, do hereby make solemn oath that I have read the foregoing **MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL** and it is true and correct to the best of knowledge and belief.

                                             _____, La this _____ day of \_\_\_\_\_, 20\_\_\_.

                                             _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                        Case No.

                                                                         **Section**
                                                                         **Chapter 13**

**NOTICE OF HEARING**

Please take notice that the debtor shall bring for hearing a **MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL** on the _____ day of _____ 20\_\_\_ at _____ A.M. this hearing will take place at _____.

Hearing will be conducted by TeleConference Line:_____ Access Code _____

Hearings will begin at_____ A.M. and the cases will be held in alphabetical order by Debtor's Counsels Name.

Any party opposing the relief requested must file a written objection or response with the clerk 5:00 P.M. no later than seven (7) days prior to the scheduled hearing and must serve the attorney the movant by that date. If an opposition or response is not timely filed and served as set forth above the court may grant relief without hearing.

                                                                       _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                     Case No.

                                                                          **Section**
                                                                          **Chapter 13**

**<u>AFFIDAVIT OF PROPOSED ATTORNEY</u>**

State of Louisiana
Parish of _____

I, _____ declare

    1. I am an attorney and counsel at law duly admitted to practice in the State of Louisiana.

    2. I maintain an office for practice at _____.

    3. I have no connection with _____, in connection with the above numbered and entitled bankruptcy proceedings, his/her creditors or any other parties in interest herein or their respective attorneys, except that I was retained by the debtor in a claim for personal injury arising out of an incident.

    4. I have no interest adverse to the trustee of the estate in regard to the matters for which employment is sought.

    5. I am not related to the trustee by affinity or consanguinity within the third degree as determined by the common law, or in a step or adoptive relationship within such degree.

_____

    **SWORN TO AND SUBSCRIBED** before me, Notary Public, this _____ day of \_\_\_\_\_, 20\_\_\_.

_____
NOTARY PUBLIC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                     Case No.

                                                                          **Section**
                                                                          **Chapter 13**

## ORDER ON MOTION TO APPROVE
## EMPLOYMENT OF SPECIAL COUNSEL

Considering the foregoing **MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL,** it is hereby **ORDERED** that the employment of _____ with the law firm nam _____ is approved under a contingency fee agreement to represent debtor in the lawsuit entitled _____, _____, _____, _____.

New Orleans, Louisiana on this _____ day of _____ 20_____

_____

Judge Meredith S. Grabill
U.S. Bankruptcy Court Judge