AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1: Katie Wilson
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Ronald E Wilson
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number (if know): 23-11908

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2
   - ☑ Yes. Where is the property?

1.1 3956 South Inwood Avenue
Street address, if available, or other description

New Orleans LA 70131
City / State / ZIP Code

Orleans
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property:*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 152,000.00 | $ 152,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☑ **Check if this is community property**

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................➤ $152,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

Debtor 1 Katie Wilson & Ronald E Wilson (First Name / Middle Name / Last Name) Case number(if known) 23-11908

3.1 Make: Mercedes Benz
Model: S550
Year: 2017
Approximate mileage: 68000
Other information:
Condition:Good;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?** $ 31,000.00
**Current value of the portion you own?** $ 31,000.00

3.2 Make: Dodge
Model: Ram
Year: 2004
Approximate mileage: 200000
Other information:
Condition:Fair;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?** $ 1,900.00
**Current value of the portion you own?** $ 1,900.00

3.3 Make: Mazda
Model: RX8
Year: 2009
Approximate mileage: 105000
Other information:
Condition:Fair;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?** $ 3,500.00
**Current value of the portion you own?** $ 3,500.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- [x] No
- [ ] Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........➤ $36,400.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- [ ] No
- [x] Yes. Describe...

Household Furniture and Small Appliances — $ 5,000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- [ ] No
- [x] Yes. Describe...

2 Televisions and 1 Laptop — $ 350.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- [x] No
- [ ] Yes. Describe...

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

Handgun — $ 500.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

Clothing — $ 500.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☐ No
☑ Yes. Describe...

Wedding Bands — $ 1,500.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........➤ $7,850.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes........ Cash ........ $ ______

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes........

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Navy Federal CU | $ 500.00 |
| 17.2. Savings account: | Navy Federal CU | $ 100.00 |

Debtor 1 Katie Wilson & Ronald E Wilson Case number(if known) 23-11908

First Name Middle Name Last Name

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | Empower 401k Employer Based | $ 306,000.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | |
|---|---|
| Federal: | $ 0.00 |
| State: | $ 0.00 |
| Local: | $ 0.00 |

AMENDED

Debtor 1 Katie Wilson & Ronald E Wilson (First Name / Middle Name / Last Name) Case number(if known) 23-11908

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☐ No
☑ Yes. Give specific information....

Heir Interest in 4146 White Sands Drive, Baton Rouge, LA 70814 — $ 42,908.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No
☑ Yes. Give specific information....

PI Claim vs. Felipe's - Attorney Joseph Barbie, PI Claim vs. Progressive Insurance — $ Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☐ No
☑ Yes. Give specific information...

Insurance Proceeds for Ida Repairs - Held by mtg co. — $ 19,000.00

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .......... ➤ $368,508.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

AMENDED

Debtor 1 Katie Wilson & Ronald E Wilson (First Name, Middle Name, Last Name) Case number (if known) 23-11908

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

- [x] No
- [ ] Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➤ $0.00

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ➤ | | | $152,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $ 36,400.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $ 7,850.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $ 368,508.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $ 0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $ 0.00 | | |
| 62. | **Total personal property. Add lines 56 through 61** | $ 412,758.00 | Copy personal property total ➤ | + $ 412,758.00 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | | $ 564,758.00 |