**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 23-11908 |
| RONALD WILSON | CHAPTER 13 |
| KATIE WILSON | |
| DEBTORS | SECTION A |

**EXPARTE APPLICATION FOR COMPENSATION**

NOW INTO COURT comes Sean Reichert, (herein after referred to as 'counsel') for Ronald Wilson and Katie Wilson (herein after referred to as 'debtor'), who with respect represents:

1.

On November 1, 2023, Ronald and Katie Wilson, ("Debtor(s)") filed a voluntary petition for relief under Title 11, Chapter 13 of the Bankruptcy Code.

2.

This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. §133r, 28 U.S.C. §157(b)(2)(B) and 11 U.S.C. §329.

3.

On September 19, 2024, this Court confirmed Debtor(s)' plan for reorganization ("Plan").

4.

Prior to the filing of this case, and confirmed under the terms of Plan, counsel agreed to represent Debtor(s) in this case for a fee of $4,000.00. Debtor(s) paid $1,000.00 in cash before the filing of their case and $3,000.00 was to be paid through the plan. To date, counsel has received $4,000.00 of this sum.

5.

Subsequent to the filing of this case, Counsel requested, and was granted additional fees:

| *Description of Services Rendered* | *Date of Service* | *Fee Charged* | | *Resolution* |
|---|---|---|---|---|
| | | Fee Direct | Fee Plan | |
| None | | $0.00 | $00.00 | |
| | **total charged** | $0 | **$00.00** | |

Of these additional sums, $00.00 has been paid through the Plan and $00.00 directly by Debtors.

6.

Since the filing date, Debtors required further legal services. Counsel has provided these services and seek approval for the same. These services provided are generally described:

7.

Counsel expended approximately twenty (20) hours in the representation of Debtor(s) in connection with two (2) pleadings, including a Motion for Relief from Stay and an Evidentiary Hearing to Determine Value Immovable Property. The Motion for Relief from Stay was filed on March 20, 2024 [Doc. 46], Debtors' Objection to the Motion [Doc. 51] and the Evidentiary Hearing to Determine Value of Immovable Property requested through the Plan was held and Order [Doc 64] entered on July 19, 2024. Debtors obtained a valuation in favor of the Debtors' interests. Said motions included review of the record and required Counsel to confer with debtor(s) regarding adjustments that need to be made to the plan based on information obtained, providing multiple written correspondences to debtor(s) regarding amendment or need for preparation, negotiated stipulation agreement with opposing counsel, preparing for court, multiple communications via phone and e-mail conferring with clients regarding hearing/attendance, gathering evidence, preparing for presenting said evidence, appearing in court for multiple hearings, and sending correspondence and conferring with debtor(s) regarding outcome of the hearing. Further efforts were in obtaining

information and documentation from debtor(s) necessary to prepare the motion and file as exhibits, electronic filing of motion, copy and mailing of motion to creditors on mailing matrix regarding hearing, multiple communications via phone regarding hearing/attended, e-mailing orders to be signed by The Court, and conferring with debtor(s) regarding outcomes of the hearing.

8.

Counsel believes that additional fees of $400.00 for Objections to Motion for Relief from stay and an additional $400.00 for the Evidentiary Hearing to Determine Value of Immovable Property are warranted in this case to maintain the Debtors case and preserve their home. Counsel is also due $362.90 in mailing costs to date. Counsel also requests that a fee of $90.00 be allowed for mailing costs to each creditor for service of this motion and subsequent order.

9.

To date:

| | |
|---|---|
| Amount Paid into Ch. 13 Plan | $19,63000 |
| Administrative Expenses Paid | $1,644.70 |
| Total Amount of Secured Claims Paid | $14,985.30 |
| Amount of Priority Claims Paid | $00.00 |
| Amount of Unsecured Claims Paid | $00.00 |
| Plan Percentage (to be paid to Unsecured Creditors) | 13.47% |

The payment of the above referenced fees will not operate as a reduction in the amounts available to pay unsecured claims.

10.

Debtor shall, if allowed, pay $1,252.90 to Counsel through the plan for costs and fees.

WHEREFORE, Sean Reichert, Counsel for Debtor(s), prays that after notice, but without the necessity of hearing, that this Application be deemed good and sufficient to establish cause for the

awarding of additional fees and costs of $1,162.90 to Counsel through the plan and a fee of $90.00 for mailings and services of the motion and subsequent order to 44 recipients to be paid through the plan, totaling $1,252.90.

Respectfully Submitted,

/s/ Sean Reichert, Esq.
Sean Reichert, #37838
Law Office of Sean Reichert
4035 Washington Ave.
New Orleans, LA 70125
sean@lawyersean.com
504-264-6477
