# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | § | |
|---|---|---|
| IN RE: | § | CASE NO: 23-11908 |
| | § | |
| KATIE WILSON, | § | CHAPTER 13 |
| RONALD E. WILSON | § | |
| | § | SECTION A |
| DEBTORS. | § | |

## ORDER

**IT IS ORDERED** that Sean Reichert, counsel for the Debtors, shall file into the record an affidavit attaching receipts for the costs requested in the Fee Application, [ECF Doc. 82], so that the Court may resolve the Fee Application.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, March 27, 2025.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE