# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:**<br><br>**KATIE WILSON**<br>**RONALD E. WILSON**<br><br>**Debtors.** | **CASE NO. 23-11908**<br><br>**CHAPTER 13** |

## UNITED STATES TRUSTEE'S
## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

**Amanda B. George** files this notice of appearance as legal counsel for DAVID W. ASBACH, Acting United States Trustee for Region 5, and requests that all notices given or required to be given in this case and all consolidated and/or jointly administered cases herein, and all papers required to be filed and/or served in this case and all consolidated and/or jointly administered cases herein, be sent to the undersigned.

Respectfully submitted,
DAVID W. ASBACH
Acting United States Trustee, Region 5

By: */s/ Amanda B. George*
AMANDA B. GEORGE (31642), Trial Attorney
600 S. Maestri St., Suite 840-T
New Orleans, LA 70130
Telephone: (504) 589-4018
Direct: (504) 589-4092
Amanda.B.George@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served this March 28, 2025, via CM/ECF upon:

S. J. Beaulieu, Jr.
ecf@ch13no.com

Ryan E. Bergeron on behalf of Plaintiff Progressive Security Insurance Company
rbergeron@garrisonyount.com

Ryan E. Bergeron on behalf of Plaintiff Narinder Gupta
rbergeron@garrisonyount.com

Caroline M. Lee on behalf of Creditor Ochsner Health System
cmccaffrey@joneswalker.com

Foerstner Graham Meyer on behalf of Creditor Standard Mortgage Corporation
fmeyer@gra-arc.com, bankruptcy@gra-arc.com

Pius A Obioha on behalf of Debtor Katie Wilson
pius@obiohalaw.com

Pius A Obioha on behalf of Debtor Ronald E Wilson
pius@obiohalaw.com

Pius A Obioha on behalf of Defendant Ronald Wilson
pius@obiohalaw.com

Sean Reichert on behalf of Creditor Storey Mountain, LLC c/o Craig A. Ryan
seanreichertecf@gmail.com;3866@notices.nextchapterbk.com

Sean Reichert on behalf of Debtor Katie Wilson
seanreichertecf@gmail.com;3866@notices.nextchapterbk.com

Sean Reichert on behalf of Debtor Ronald E Wilson
seanreichertecf@gmail.com;3866@notices.nextchapterbk.com

Craig A. Ryan on behalf of Creditor Storey Mountain, LLC c/o Craig A. Ryan
ryanc@onebane.com, coped@onebane.com

John W. Waters, Jr. on behalf of Creditor Tall Timbers Owner Association
jwaters@bfrob.com, aadams@bfrob.com

                        By: */s/ Amanda B. George*
                            AMANDA B. GEORGE (31642)