**Auto Haven LLC**

**Invoice**
**Against Estimate #:** 12344
Customer: Ronald Wilson
Vehicle: 2004 DODGE RAM 1500 ST/SLT

⬇ Download

### ⌄ Valve Cover Gasket R&R (Left)   ✓ Approved   $431.78

| | Price x Qty / Hrs | Disc./Fees | Total |
|---|---|---|---|
| Valve Cover Gasket R&R (Left, ) | $115.00 x1.82 | | $209.30 |
| Includes: The removal of component and all necessary components for access. Does not include: System diagnosis, testing, or a vehicle road test. | | | |
| Autotecnica Engine Valve Cover  CY1416690 | $111.24 x1 | | $111.24 |
| Autotecnica Engine Valve Cover  CY1416691 | $111.24 x1 | | $111.24 |

Service subtotal:  $431.78

### ⌄ Valve Lifter R&R (One, Right)   ✓ Approved   $433.41

| | Price x Qty / Hrs | Disc./Fees | Total |
|---|---|---|---|
| Valve Lifter R&R (One, ) | $115.00 x3.64 | | $418.60 |
| Includes: The removal of component and all necessary components for access. Does not include: System diagnosis, testing, or a vehicle road test. | | | |
| Melling Stock Engine Valve Lifter  JB-2271 | $14.81 x1 | | $14.81 |

Service subtotal:  $433.41

**Summary**

| | |
|---|---|
| Parts | $237.29 |
| Labor | $627.90 |
| Subtotal | $865.19 |
| Service level fee | |
| RO Fees | |
| Shop supplies | $7.12 |
| Sales Taxes (Tax Exempt - 0%) | $0.00 |
| **Grand total** | **$872.31** |
| **Paid to date** | **$872.31** |
| **Remaining Balance** | **$0.00** |
| **Deferred Total** | **$0.00** |

**Notes**

Notes not provided

**Disclaimer**

1/2

Auto Haven LLC — Thank you for visiting our shop!

## Payment History

### Order amount

| | |
|---|---|
| Subtotal | $872.31 |
| Tax (Tax Exempt - 0%) | $0.00 |
| **Total** | **$872.31** |

### Previous payments

| | |
|---|---|
| Gross previous payments | $606.14 |
| Previous refunds | -$0.00 |
| Net previous payments | $606.14 |
| **Current payment** | **$266.17** |
| Refund | -$0.00 |
| **Remaining balance** | **$0.00** |

### Current payment details

| | |
|---|---|
| Payment Method | Cash |
| Payment history | Jun 27, 2025 03:15 PM |



**Thank you**

We have received your suggestion on improving our services.

© Auto Haven LLC, 2025. All rights reserved.
Powered by AutoLeap



**Auto Haven LLC**
(504) 392-0826
autohaven121@yahoo.com
121 Keating Drive, Belle Chasse, LA, USA, 70037

**Invoice # 50956**
Against Estimate#: 11545
Created: May 22, 2024
Invoiced: May 22, 2024

**Ronald Wilson**
(504) 265-2470

**2017 MERCEDES-BENZ S550**
VIN: WDDUG8CB2HA315323
Mileage: 75489 miles
License Plate:

### Complete Suspension Lube — Authorized

| Item | Name | Description | Price | Qty/Hrs | Amount |
|---|---|---|---|---|---|
| 1 | Complete Suspension Lube | | $115.00 | 0.6 | $69.00 |

Amount: $69.00  Disc: $0.00  Subtotal: $69.00

### Engine Oil Filter R&R — Authorized

| Item | Name | Description | Price | Qty/Hrs | Amount |
|---|---|---|---|---|---|
| 1 | Engine Oil Filter R&R | Includes: The removal of component and all necessary components for access, time to add fluid. Does not include: System diagnosis and testing, or a vehicle road test. | | | $36.00 |
| 2 | Oil - Synthetic | | $9.99 | 8.5 | $84.92 |
| 3 | MicroGard Engine Oil Filter | MGL570S9 | $18.99 | 1 | $18.99 |

Amount: $139.91  Disc: $0.00  Subtotal: $139.91

| | |
|---|---|
| **Service Amount** | **$208.91** |
| Part | $103.91 |
| Labor | $105.00 |
| Total RO Fees | |
| Shop supplies | $3.12 |
| Convenience Fee | $6.27 |
| **Subtotal** | **$218.30** |
| Taxes (Sales Tax - 9%) | $19.08 |
| **Grand total** | **$237.38** |
| **Paid to date** | **$237.38** |
| **Remaining Balance** | **$0.00** |

Thank you for your business. We have completed the work and your payment is due upon pickup of the vehicle. Please be advised that all credit & debit card payments are subject to a 3% convenience fee. Mechanics liens may be placed on vehicles until repairs are paid for in full. Please contact us promptly if you have any questions about anything we did. You have a 12 month/ 12,000 mile warranty on all parts and labor completed by us unless otherwise stated.



**Auto Haven LLC**
(504) 392-0826
autohaven121@yahoo.com
121 Keating Drive, Belle Chasse, LA, USA, 70037

**Invoice # 51037**
Against Estimate#: 11628
Created: Jul 2, 2024
Invoiced: Jul 15, 2024

**Ronald Wilson**
(504) 265-2470

**2009 MAZDA RX8**
VIN: JM1FE17P090401517
Mileage: 129130 miles
License Plate:

### Water Pump R&R

Authorized

| Item | Name | Description | Price | Qty/Hrs | Amount |
|---|---|---|---|---|---|
| 1 | Water Pump R&R | Includes: The removal of component and all necessary components for access. Time to add coolant. Does not include: System diagnosis and testing, or a vehicle road test. | | | $201.25 |
| 2 | Engine Water Pump | | | | $128.48 |
| 3 | Driveworks Serpentine Belt | 325K5 | $7.10 | 1 | $7.10 |
| 4 | Coolant | | $16.89 | 1.2 | $20.27 |
| 5 | Carquest Premium Caps and Stats Radiator Cap | 10227 | $17.22 | 1 | $17.22 |
| 6 | Coolant Reservoir | Coolant Bottle | $249.94 | 1 | $249.94 |

Amount: $624.26    Disc: $0.00    Subtotal: $624.26

| | |
|---|---|
| Service Amount | $624.26 |
| Part | $423.01 |
| Labor | $201.25 |
| Total RO Fees | |
| Convenience Fee | $18.73 |
| Shop supplies | $12.69 |
| **Subtotal** | **$655.68** |
| Taxes (Sales Tax - 9%) | $57.33 |
| **Grand total** | **$713.01** |
| **Paid to date** | **$713.01** |
| **Remaining Balance** | **$0.00** |

Thank you for your business. We have completed the work and your payment is due upon pickup of the vehicle. Please be advised that all credit & debit card payments are subject to a 3% convenience fee. Mechanics liens may be placed on vehicles until repairs are paid for in full. Please contact us promptly if you have any questions about anything we did. You have a 12 month/ 12,000 mile warranty on all parts and labor completed by us unless otherwise stated.



**Auto Haven LLC**
(504) 392-0826
autohaven121@yahoo.com
121 Keating Drive, Belle Chasse, LA, USA, 70037

**Invoice # 51284**
Against Estimate#: 11970
Created: Dec 2, 2024
Invoiced: Dec 2, 2024

**Ronald Wilson**
(504) 265-2470

**2009 MAZDA RX8**
VIN: JM1FE17P090401517
Mileage: 131131 miles
License Plate:

### Engine No Start

Authorized

| Item | Name | Description | Price | Qty/Hrs | Amount |
|---|---|---|---|---|---|
| 1 | Engine No Start | Includes: Check for fluid leaks or abnormal odors. Inspect vehicle anti-theft system, remote start, and fuel level. Visual inspect fuses and fusible links and related systems/components under the hood. Check Battery is fully charged, and cables are clean and tight. Perform starter diagnostics. Connect scan tool, perform systems and module Self-tests, and check for DTCs. Does not include: A vehicle road test or a pinpoint test. Removal or replacement of any components. Time for retest system. | | | $28.75 |
| | | | Amount: $28.75 | Disc: $0.00 | Subtotal: $28.75 |

### Battery R&R

Authorized

| Item | Name | Description | Price | Qty/Hrs | Amount |
|---|---|---|---|---|---|
| 1 | Battery R&R | Includes: The removal of component and all necessary components for access. Does not include: System diagnosis, testing, reprogramming, time for retest system, or a vehicle road test. | | | $43.70 |
| 2 | DieHard Gold Battery | 35-2 (Warranty) | $0.00 | 1 | $0.00 |
| | | | Amount: $43.70 | Disc: $0.00 | Subtotal: $43.70 |

| | |
|---|---|
| **Service Amount** | **$72.45** |
| Part | $0.00 |
| Labor | $72.45 |
| Total RO Fees | |
| Shop supplies | $0.00 |
| Convenience Fee | $2.17 |
| **Subtotal** | **$74.62** |
| Taxes (Sales Tax - 9%) | $6.52 |
| **Grand total** | **$81.14** |
| **Paid to date** | **$0.00** |
| **Remaining Balance** | **$81.14** |

Thank you for your business. We have completed the work and your payment is due upon pickup of the vehicle. Please be advised that all credit & debit card payments are subject to a 3% convenience fee. Mechanics liens may be placed on vehicles until repairs are paid for in full. Please contact us promptly if you have any questions about anything we did. You have a 12 month/ 12,000 mile warranty on all parts and labor completed by us unless otherwise stated.

Outlook

**Fwd: Ingrams Water & Air: Invoice # 1000178789 for Order # 1000388749**

From  Katie Wilson <katiedwilson5@gmail.com>
Date  Tue 6/3/2025 1:26 PM
To    Sean Reichert <sean@lawyersean.com>; Ronald Eugene <ronald.eugene14us@gmail.com>

Sean,

This is the purchase receipt for the HVAC system that was purchased for installation.

Katie Wilson
---------- Forwarded message ---------
From: **Ronald Wilson** <ggmllc6@gmail.com>
Date: Wed, Mar 19, 2025 at 5:11 PM
Subject: Fwd: Ingrams Water & Air: Invoice # 1000178789 for Order # 1000388749
To: <katiedwilson5@gmail.com>



---------- Forwarded message ---------
From: **Ingrams Water & Air** <orders-noreply@iwae.com>
Date: Wed, Mar 19, 2025 at 3:45 PM
Subject: Ingrams Water & Air: Invoice # 1000178789 for Order # 1000388749
To: Ronald Wilson <ggmllc6@gmail.com>




# Hello Ronald Wilson,

Your order from Ingrams Water & Air has been successfully processed and is currently awaiting shipment. Once your package ships we will send you an email with a link to track your order. You can check the status of your order at anytime by logging into your account.

Your invoice is below.

## Invoice #1000178789 for Order #1000388749

| **Billing Information:** | **Payment Method:** |
|---|---|
| Ronald Wilson<br>[3956 S INWOOD AVE](#)<br>[NEW ORLEANS, Louisiana, 70131-8456](#)<br>[United States](#)<br>T: [5042652470](#) | Credit Card<br>                      Credit Card<br>**Credit Card Type**   Visa<br>**Credit Card Number** xxxx-8552 |

| **Shipping Information:** | **Shipping Method:** |
|---|---|
| Ronald Wilson<br>[3956 S INWOOD AVE](#)<br>[NEW ORLEANS, Louisiana, 70131-8456](#)<br>[United States](#)<br>T: [5042652470](#) | Standard - Shipping |

| **Items** | **Qty** | **Subtotal** |
|---|---|---|
| 1.5 to 3 Ton Trane RunTru Evaporator Coil - Multiposition - 17.5" Cabinet<br>SKU: HA21589 | 1 | $680.93 |
| 60K BTU 80% AFUE Multi Speed Trane RunTru Gas Furnace - Multiposition - 17.5" Cabinet<br>SKU: HA21206 | 1 | $1,045.00 |

|  |  |
|---|---|
| **Subtotal** | $1,725.93 |
| **Shipping & Handling** | $0.00 |
| **Tax** | $172.60 |
| **Grand Total** | **$1,898.53** |

If you have any questions about your order please contact our customer service team at [support@iwae.com](mailto:support@iwae.com) or call us at 1-270-575-9595 during our business hours:

| Mon - Fri: | 7:00am - 7:00pm (CST) |
|---|---|
| Sat: | 9:00am - 3:00pm (CST) : Sales/Service Only |
| Sun: | Closed |

*Thank you again,*
**Ingrams Water & Air**

```
SOLAR                                    INVOICE NO:    26M3387
AIR CONDITIONING AND HEATING             INVOICE DATE:  6/19/2025    13:06:43
28 15TH STREET                           REF. NO:       10389274
GRETNA, LA 70053                                                     EMP ID: WD
504-362-9019
accountsreceivable@solarsupply.us


SOLD TO: 26-99800                SHIPPED TO: (SAME AS "SOLD TO" UNLESS INDICATED)
    VISA/MASTERCARD SALES            KERRY REYNOLDS
    ****DO NOT MAIL****

                                       5042652470

QUANTITY   ITEM NO.          DESCRIPTION            UNIT PRICE  DISC.    AMOUNT
    1    # 847-04074   J4AC5036E1000A 3.0T 14.3SR A/C   1447.61         1,447.61
             00000    S/N 243431125J
    1      985-04666  SK163S/LFD 16CI 3/8 SWT LIQ DR     14.41            14.41


ITEMS ARE NON-TAXABLE.
THANK YOU FOR YOUR PATRONAGE.

       CREDIT CARD SALE                       SUBTOTAL      $1,462.02
       APPROVAL#:   10389274                  SALES TAX       $142.54
                                              TOTAL DUE->   $1,604.56



  PRINT NAME: _____


  SIGNATURE:  _____

*  1-1/2% LATE CHARGE PER MONTH OR ANY PART OF, BUT NOT TO EXCEED MAXIMUM
   ANNUAL RATE ALLOWABLE UNDER STATE LAW, WILL BE ASSESSED ON ALL
   PAST DUE BALANCES NOT PAID BY THE 25TH.

*  DISCLAIMER OF WARRANTIES
   ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE
   MANUFACTURER THE SELLER, SOLAR SUPPLY, LLC., HEREBY EXPRESSLY DISCLAIMS ALL
   WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF
   MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND SOLAR SUPPLY, LLC.,
   NEITHER ASSUMES NOR AUTHORIZES ANY PERSON TO ASSUME FOR IT ANY LIABILITY IN
   CONNECTION WITH THE SALE OF SAID PRODUCTS.
```

728 15TH STREET
GRETNA LA 70053
(504) 362-9019

## TRANSACTION RECEIPT CUSTOMER COPY

| | |
|---|---|
| Status: | Sale - Approved |
| Auth Code: | 846719 |
| Response Code: | 0/00 |
| Customer: | kerry |
| Date: | 6/19/2025 2:04 PM |
| Transaction Type: | Sale |
| Merchant Name: | #26 SOLAR SUPPLY - GRETNA |
| Merchant #: | 0314810026 |
| Terminal Id: | 0314810026 |
| Transaction #: | 10389274 |
| Name on Card: | RONALD E WILSON |
| Card Type: | Visa |
| Credit Card #: | XXXX-XXXX-XXXX-8552 |
| Entry: | Chip |
| Amount: | $1,604.56 |

VISA DEBIT
TC C5F01E963918130B
A0000000031010

I agree to pay the above total amount according to card issuer agreement (merchant agreement if credit voucher)

Signature X_____