# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| KATIE WILSON<br>RONALD E WILSON<br>3956 SOUTH INWOOD AVENUE<br>NEW ORLEANS LA  70131 | 23-11908<br>Chapter 13<br>Section A |

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who objects to the debtor's motion to USE.  (pleading #95)

Grounds for this objection are as follows:

AUTOMOBILE REPAIR RECEIPTS PROVIDED ARE DATED 2024. MOTION TO USE FUNDS IS FOR HOME HVAC REPAIRS ONLY AND NOT AUTOMOBLIE. TRUSTEE REQUIRES RECEIPTS FOR HVAC SYSTEM HOME REPAIRS.

The hearing on this matter is set for August 20, 2025 at 10:00 AM.

| | |
|---|---|
| Attorney for debtor:<br><br>SEAN REICHERT<br>sean@lawyersean.com | /s/ S.J. Beaulieu, Jr.<br>S.J. Beaulieu, Jr.<br>Chapter 13 Trustee |

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

08/13/2025            by: /s/ Peter Bergeron