## ALBEE'S A/C & HEATING
3833 LAKE HURON DR.
HARVEY, LA 70058
(504) 368-4308  CELL (504) 296-7910

**NAME:** Katie Wilson
**STREET:** 3956 S. Inwood Dr.
**CITY:** New Orleans **STATE:** LA **ZIP:** 70131
**DATE:** 4/9/25
**No:** 005861
**PHONE:** 628-6777
**WK. PHONE:** 265-2470

☑ WARRANTY
☐ CONTRACT
☐ SERVICE CONTRACT
☑ NORMAL
☐ RES ☐ COMM.

### ORIGINAL COMPLAINT
(Estimate)
Lennox System 3 ton $18,450.00

### QUANTITY / ITEM OR PART DESCRIPTION / PRICE / AMOUNT

Installation of Oxbox Equipment on this Equipment

✗ To pull Evaporator Coil and clean with Biodegradable Solution and Re-install
$600.00

To Remove 4 ton Condenser and take with us. We will Reimburse Client
$600.00

Warranty 2yr Labor
10yrs on all Parts
20yrs on Heat Exchanger

### DESCRIPTION OF WORK

- Price on Installing a 3 ton Complete System. We will have to Replace wood Platform, seal Return Air and Replace Return Air Vents. We will also Replace Thermostat, install Breaker Box and install Surge Protector. The outside Condenser will be leveled onto a Vibration Pad. We will install a Liquid Line Drier and Charge System to Proper level of Freon.

**TOTAL:** $16,250.00

**TERMS: DUE UPON COMPLETION**
I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

**DATE:** 4/9/25