## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:                                          Case No. 23-11908

    KATIE WILSON
    RONALD E WILSON                       Chapter 13
          Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

S.J. Beaulieu, Jr., former Chapter 13 Trustee for the period from the petition date through September 30, 2025, and Karie L. Fahrenholz, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $33,330.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     **$33,330.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,891.40 |
| Other | $0.00 |
| Secured Creditors | $24,168.34 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $680.04 |

**Total Disbursements & Expense of Administration:**     **$30,739.78**

**Balance Transferred to Successor Trustee**     **$2,590.22**

Dated: 10/09/2025

/s/ S.J. Beaulieu, Jr.                                  /s/ Karie L. Fahrenholz
Former Chapter 13 Standing Trustee          Successor Chapter 13 Standing Trustee
433 Metairie Rd., Suite 307                        433 Metairie Rd., Suite 307
Metairie, LA 70005                                     Metairie, LA 70005