**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 23-11908** |
| | § | |
| **RONALD WILSON &** | § | **CHAPTER 13** |
| **KATIE WILSON,** | § | |
| | § | **SECTION A** |
| **DEBTORS.** | § | |

## ORDER

Pending before the Court is the *Motion to Approve Employment of Special Counsel* (the "Application to Employ"), [ECF Doc. 118], filed on behalf of Ronald Wilson and Katie Wilson (the "Debtors"), which was scheduled for hearing on January 28, 2026 and properly noticed.

The Court, having considered the record and pleadings, and no objection having been filed, **APPROVED** the Application to Employ without hearing. Therefore,

**IT IS ORDERED** that the employment of Pius A. Obioha with the law firm name of Pius Obioha & Associates, PLC to represent the Debtors in the lawsuit entitled Ronald Wilson v. Felipe's Ventures, LLC, And Hanover American Insurance Company Case No. 2021-5197, at a contingency fee agreement of 33.33% plus costs, is approved.

**IT IS FURTHER ORDERED** that movant shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, February 23, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE