## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 23-11908 |
| RONALD WILSON | CHAPTER 13 |
| KATIE WILSON | SECTION A |
| DEBTOR(S) | |

## OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO USE FUNDS

A 2017 Mercedes Benz S550 is not a "modest used vehicle", and Debtors will need much more than their $4,176.00 in 2025 federal income tax refund to cover its costs "without financing". Tall Timbers Owners Association ("TTOA") *objects* to Debtors' *Motion for Authority to Use Funds* (**Rec. Doc. 130**).

TTOA is the non-profit association charged with the enforcement of the *Restrictive Covenants* for the Tall Timbers Subdivision.[1] Debtors own 3956 South Inwood in the Subdivision, and reside there. TTOA is authorized by the *Covenants* governing all lots in Tall Timbers to assess *each* lot $180 a year. From this, TTOA pays for security, upkeep of common area and other expenses which increase the value of Debtors' property.

Debtors have not paid assessments for over a decade, and presently owe TTOA $1,953.50. **Exhibit A**. Their neighbors have had to carry Debtors share while Debtors enjoy the benefits supplied by TTOA.

---

[1] See *Section 18. Enforcement* of the *Restrictive Covenants*.

18. ENFORCEMENT: In the event that any person, firm, corporation or other entity shall violate or attempt to violate any of the foregoing restrictions, covenants or conditions, any person owning or having any interest in any lot in Tall Timbers Section 8 may ***institute and prosecute any proceeding at law or in equity to abate, enjoin or otherwise prevent any such violation or attempted violation,*** . . . (Emphasis added)

**ARGUMENT**

First, Debtors already have the 2017 Mercedes Benz S550 in their driveway. See **Exhibit B**, photograph taken today by TTOA's security officer. They have either purchased it or taken possession of it without the Court's authorization.

Second, **Exhibits B** and **C** also show Debtors already have other sports car in their driveway. **Exhibit B** shows the Mazda and **Exhibit C** shows a white BMW.

Third, according to Carvana's website, a 2017 Mercedes Benz S550 costs between $30,990 and $52,990. See **Exhibit D**[2]. This is not a "modest" vehicle.

Fourth, Debtors say they want to use $4,176.00 tax refund to avoid having to finance the vehicle. The refund, however, will not cover the cost of even a used 2017 Mercedes Benz S550. If, as they say, Debtors will be avoiding financing, they will have to put at least $26,000 in cash toward the purchase.

If Debtors have that much cash available, a better use would be to pay what they owe their neighbors for the benefits they have been enjoying for years.

**CONCLUSION**

If nothing else, the appearance to their neighbors of the Debtors riding off out of bankruptcy in a Mercedes Benz is not a good look. TTOA objects and suggests Debtors use the refund, and the cash they plan to contribute to the purchase, to pay their debts.

Respectfully Submitted,

---

[2] See https://www.carvana.com/cars/2017-mercedes-benz-s-class?utm_source=bing&utm_medium=sem_nb&utm_campaign=382882857&utm_content=1213861324191478&utm_target=kwd-75866689360395%3Aloc-71248&utm_creative=&utm_device=c&utm_adposition=&utm_rollup=1&msclkid=bef5df07d397148a2538b6c80a7424a7

BIENVENU, FOSTER, RYAN & O'BANNON, LLC

*/s/ John Waters*

BY: _____

JOHN W. WATERS, JR. (#13258)
DAVID E. WALLE (#13199)
3801 Tall Pines Drive
New Orleans, LA. 70131
(504) 275-6329
Fax: (504) 310-1501
Jwaters@bfrob.com
Dwalle@bfrob.com
*Attorneys for Tall Timbers Owners Association,
Creditor*

### CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon

all counsel of record through the Court's CM/ECF system on April 3, 2026.

*/s/ John Waters*

_____

JOHN W. WATERS, JR.