**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 23-11908 |
| RONALD WILSON | CHAPTER 13 |
| KATIE WILSON | SECTION A |
| DEBTOR(S) | |

## OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO USE FUNDS

MAY IT PLEASE THE COURT:

Tall Timbers Owners Association ("TTOA") *opposes* Debtors' *Motion for Authority to Use Funds* (**Rec. Doc. 130**).

Debtors say they want to use their $4,176.00 2025 federal income tax refund to purchase a "modest used vehicle" to drive to work. Debtors do not say what they mean by "modest", but we can get a pretty good idea from the cars they have -- a 2017 Mercedes Benz S550 and a Mazda 2-seater sports car. They also have a high-end BMW sitting in their driveway. They can use one of these to get to work, and get there in style.

A better use of the tax refund would be to pay the $1,953.50 they owe TTOA for unpaid annual neighborhood assessments since 2010 for which they are only paying $33.12 a month.

**Background:** TTOA is the non-profit association charged with the enforcement of the *Restrictive Covenants* for the Tall Timbers Subdivision.[1] Debtors own 3956 South Inwood in

---

[1] See *Section 18. Enforcement* of the *Restrictive Covenants*.

18. ENFORCEMENT: In the event that any person, firm, corporation or other entity shall violate or attempt to violate any of the foregoing restrictions, covenants or conditions, any person owning or having any interest in any lot in Tall Timbers Section 8 may *institute and prosecute any proceeding at law or in equity to abate, enjoin or otherwise prevent any such violation or attempted violation,* . . . (Emphasis added)

the Subdivision, and have reside there since 2001. To pays for security, upkeep of common area and other expenses to maintain the Subdivision, TTOA is authorized by the *Covenants* governing all lots in Tall Timbers to assess *each* lot $180 a year.

Debtors have not paid assessments since 2010. **Exhibit A**. Debtors presently owe TTOA $1,953.50. Their neighbors have been carrying Debtors share of neighborhood expenses for seventeen (17) years. Under their plan, Debtors are paying TTOA only $33.12 a month. At that rate, their debt to TTOA will take 59 years to pay off. And they have yet to pay their 2025 assessment.

## ARGUMENT

Debtors have what most would consider 2-3 luxury vehicles at their disposal to get to work. **Exhibits B** and **C** show a 2017 Mercedes Benz S550, a Mazda sports car and a shiny BMW sit in their driveway.

If Debtors need a "modest vehicle", TTOA suggest selling one of these cars. According to Carvana's website, a used 2017 Mercedes Benz S550 sells for between $30,990 and $52,990. See **Exhibit D**[2].

## CONCLUSION

If nothing else, the appearance to their neighbors of the Debtors riding off out of bankruptcy in a Mercedes Benz is not a good look to the neighbors who have had to carry Debtors' burden for seventeen years.

---

[2] See https://www.carvana.com/cars/2017-mercedes-benz-s-class?utm_source=bing&utm_medium=sem_nb&utm_campaign=382882857&utm_content=1213861324191478&utm_target=kwd-75866689360395%3Aloc-71248&utm_creative=&utm_device=c&utm_adposition=&utm_rollup=1&msclkid=bef5df07d397148a2538b6c80a7424a7

TTOA objects and suggests Debtors use the refund to pay their debts.

Respectfully Submitted,

BIENVENU, FOSTER, RYAN & O'BANNON, LLC

*/s/ John Waters*

BY: _____

JOHN W. WATERS, JR. (#13258)
DAVID E. WALLE (#13199)
3801 Tall Pines Drive
New Orleans, LA. 70131
(504) 275-6329
Fax: (504) 310-1501
Jwaters@bfrob.com
Dwalle@bfrob.com
*Attorneys for Tall Timbers Owners Association, Creditor*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through the Court's CM/ECF system on April 8, 2026.

*/s/ John Waters*

_____

JOHN W. WATERS, JR.