# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | | | | TITLE NUMBER | | DATE ISSUED |
|---|---|---|---|---|---|---|
| ████████8683 | | | | ████6854 | | 07/06/2016 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| BMW | 328 | 4D | WHI/ | 2015 | 06/07/2016 | 24738 | U |

CL

```
* *  MAIL TO  * *

SEAN MICHAEL WILSON

3956 S INWOOD AVENUE
NEW ORLEANS        LA    70119

* *  OWNER  * *
SEAN MICHAEL WILSON

3956 S INWOOD AVENUE
NEW ORLEANS        LA    70119
```

LIEN     DATE

First Lien Released _____ Date _____

Lienholder _____

By _____ Authorized Representative _____

Second Lien Released _____ Date _____

Lienholder _____

By _____ Authorized Representative _____

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

*Karen G St Germain*

FORM    1765      A   1765      39340525

DPSMV 1665 (R7/07)

**ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT.**

KEEP IN SAFE PLACE

TO TEST FOR AUTHENTICITY, HOLD DOCUMENT TO LIGHT AND VERIFY EAGLE'S HEAD WATERMARK