**Bill of Sale**

Date: 4/10/2026

I, the undersigned seller, [name]_____ for the sum of
$ 383.00 ( Three Hundred and Eighty Three — dollars) sell to the
undersigned buyer, [name] Christopher Burey the following vehicle.

Make Mazda         Model RX8          Year 2009
VIN Number JM1FE17P090401517          Mileage

The undersigned seller affirms that the above information about this vehicles is accurate to
the best his/her/ knowledge.

The undersigned buyer accepts receipt of this Bill of Sale and understands that the above
vehicle is sold in "as is" condition with no guarantees or warranties, either expressed or
implied, for the vehicle.

Seller's name (print) Ronald Wilson
Seller's signature

Buyer's name (print) Christopher Burey
Buyer's signautre

C 3 Towing service
4905 Rye St
Metairie LA 70006