**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 23-11908** |
| | § | |
| **RONALD WILSON,** | § | **CHAPTER 13** |
| **KATIE WILSON,** | § | |
| | § | **SECTION A** |
| **DEBTORS.** | § | |

## ORDER

The Court held a hearing on June 10, 2026 to consider the *Motion For Authority to Use Funds* (the "Motion"), [ECF Doc 130], filed on behalf of Ronald and Katie Wilson (the "Debtors")

Appearances:  Sean Reichert, counsel for Debtors; and
Andrew Wiebelt, II, counsel for the Chapter 13 Trustee.

The Court having considered the pleadings and argument of counsel, the objections of creditor Tall Timbers Owner Association, [ECF Docs. 132 and 135], having been overruled, and the objection of the Trustee, [ECF Doc. 136], having been resolved,

**IT IS ORDERED** that the Motion is **GRANTED,** and Debtors are authorized to use their 2025 tax refund in the amount of $4,176.00 to purchase a vehicle.

**IT IS FURTHER ORDERED** that the Debtors shall submit to the Trustee a bill of sale for the vehicle purchase within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that counsel for Debtors shall serve this Order on the required parties who will not receive notice through the ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 12, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE